JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[ ] Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed. No[ ]  Yes[ ]  If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                                 TORTS                                                                 ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY         PERSONAL INJURY              FORFEITURE/PENALTY   BANKRUPTCY                     OTHER STATUTES
                                            [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE   [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED  [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE      [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY    SEIZURE OF PROPERTY        28 USC 158               [ ] 400 STATE
[ ] 130 MILLER ACT        LIABILITY         [ ] 365 PERSONAL INJURY      21 USC 881            [ ] 423 WITHDRAWAL                  REAPPORTIONMENT
[ ] 140 NEGOTIABLE  [ ] 320 ASSAULT, LIBEL &       PRODUCT LIABILITY     [ ] 690 OTHER              28 USC 157               [ ] 410 ANTITRUST
        INSTRUMENT          SLANDER         [ ] 368 ASBESTOS PERSONAL                                                        [ ] 430 BANKS & BANKING
[ ] 150 RECOVERY OF [ ] 330 FEDERAL                 INJURY PRODUCT                                                           [ ] 450 COMMERCE
        OVERPAYMENT &       EMPLOYERS'              LIABILITY                                  PROPERTY RIGHTS               [ ] 460 DEPORTATION
        ENFORCEMENT         LIABILITY                                                                                        [ ] 470 RACKETEER INFLU-
        OF JUDGMENT [ ] 340 MARINE          PERSONAL PROPERTY                                  [ ] 820 COPYRIGHTS                 ENCED & CORRUPT
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                                                    [ ] 830 PATENT                      ORGANIZATION ACT
[ ] 152 RECOVERY OF         LIABILITY       [ ] 370 OTHER FRAUD                                [ ] 840 TRADEMARK                   (RICO)
        DEFAULTED   [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING                                                         [ ] 480 CONSUMER CREDIT
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                                  [ ] 490 CABLE/SATELLITE TV
        (EXCL VETERANS)     PRODUCT LIABILITY                                                  SOCIAL SECURITY
[ ] 153 RECOVERY OF [ ] 360 OTHER PERSONAL                                                                                   [ ] 850 SECURITIES/
        OVERPAYMENT         INJURY          [ ] 380 OTHER PERSONAL       LABOR                 [ ] 861 HIA (1395ff)                COMMODITIES/
        OF VETERAN'S [ ] 362 PERSONAL INJURY -       PROPERTY DAMAGE                           [ ] 862 BLACK LUNG (923)            EXCHANGE
        BENEFITS             MED MALPRACTICE [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR    [ ] 863 DIWC/DIWW (405(g))
[ ] 160 STOCKHOLDERS                                PRODUCT LIABILITY        STANDARDS ACT     [ ] 864 SSID TITLE XVI
        SUITS                                                            [ ] 720 LABOR/MGMT    [ ] 865 RSI (405(g))
[ ] 190 OTHER                               PRISONER PETITIONS               RELATIONS                                       [ ] 890 OTHER STATUTORY
        CONTRACT                            [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT                                 ACTIONS
[ ] 195 CONTRACT                            [ ] 510 MOTIONS TO           [ ] 751 FAMILY MEDICAL FEDERAL TAX SUITS            [ ] 891 AGRICULTURAL ACTS
        PRODUCT             ACTIONS UNDER STATUTES   VACATE SENTENCE     LEAVE ACT (FMLA)
        LIABILITY                                   28 USC 2255                                [ ] 870 TAXES (U.S. Plaintiff or [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE    CIVIL RIGHTS           [ ] 530 HABEAS CORPUS        [ ] 790 OTHER LABOR        Defendant)                     MATTERS
                                            [ ] 535 DEATH PENALTY            LITIGATION        [ ] 871 IRS-THIRD PARTY      [ ] 895 FREEDOM OF
                                            [ ] 540 MANDAMUS & OTHER     [ ] 791 EMPL RET INC        26 USC 7609                   INFORMATION ACT
                     [ ] 440 OTHER CIVIL RIGHTS                              SECURITY ACT (ERISA)                            [ ] 896 ARBITRATION
REAL PROPERTY                (Non-Prisoner)                                                                                  [ ] 899 ADMINISTRATIVE
                     [ ] 441 VOTING                                      IMMIGRATION                                              PROCEDURE ACT/REVIEW OR
[ ] 210 LAND         [ ] 442 EMPLOYMENT     PRISONER CIVIL RIGHTS                                                                 APPEAL OF AGENCY DECISION
        CONDEMNATION [ ] 443 HOUSING/                                    [ ] 462 NATURALIZATION
[ ] 220 FORECLOSURE         ACCOMMODATIONS  [ ] 550 CIVIL RIGHTS              APPLICATION                                    [ ] 950 CONSTITUTIONALITY OF
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                                STATE STATUTES
        EJECTMENT            DISABILITIES - [ ] 560 CIVIL DETAINEE            ACTIONS
[ ] 240 TORTS TO LAND        EMPLOYMENT         CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH
        LIABILITY            DISABILITIES -OTHER
[ ] 290 ALL OTHER    [ ] 448 EDUCATION
        REAL PROPERTY


Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION     DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
    UNDER F.R.C.P. 23                   IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO            NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)    **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE                SIGNATURE OF ATTORNEY OF RECORD            ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                [ ] NO
                                                                [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                                       Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)